# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR UNREDACTED SECTION OF PLAINTIFF'S MEMORADUM OF LAW OPPOSING DEFENDANT'S MOTION TO COMPEL**

*Lisa Wagner*

Plaintiff,

v.

Case Number: *14-cv-03422 (PJS/SER)*

Officer John Jorgensen, (in his individual and official capacity); Officer Bryan Anderson (in his individual and official capacity);

Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Exhibit 1 to Declaration of Christopher Kuhlman – April 16, 2013 medical record*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 16 )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.