UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Wagner,

Plaintiff,

v.

Officer John Jorgensen, individually and in his professional capacity as a Roseville Police Officer; Officer Bryan Anderson, individually and in his professional capacity as a Roseville Police Officer

Defendant.

Case No: 14-CV-3422 (PJS/SER)

**LOCAL RULE 7.1 CERTIFICATE OF WORD COUNT COMPLIANCE**

---

I, Christopher J. Kuhlman, counsel for Plaintiff, certify that Plaintiff's Memorandum of law Opposing Defendant's Motion to Compel complies with the length limitation of Local Rule 7.1(d) and the type size limitation of Local Rule 7.1(f). The memorandum has 1,817 words and was prepared using Microsoft Word.

Dated: October 8, 2015

/s Christopher J. Kuhlman

Christopher Kuhlman (#386840)