UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Wagner,

Plaintiff,

Case No. 14-cv-03422 (PJS/SER)

vs.

Officer John Jorgensen, (in his individual and official capacity); Officer Bryan Anderson, (in his individual and official capacity); and the City of Roseville,

Defendants.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Patrick J. Schiltz | Christopher Kuhlman | Joseph Flynn, Vicki Hruby |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

**JOINT LIST OF PARTIES, ATTORNEYS, AND WITNESSES**

| NO. | NAME | |
|---|---|---|
| 1. | Anderson, Bryan | Defendant |
| 2. | Bellrichard, Aaron | Witness |
| 3. | Brake, Matthew | Witness |
| 4. | Brave, Michael | Defendants' Expert |
| 5. | Carranza, Elijah | Witness |
| 6. | Carranza, Mick | Witness |
| 7. | Chang, Boua | Witness |
| 8. | Charnecki-Carranza, Michelle | Witness |
| 9. | Eckert, Kyle | Witness |

| JOINT LIST OF PARTIES, ATTORNEYS, AND WITNESSES | | |
|---|---|---|
| **NO.** | **NAME** | |
| 10. | Flynn, Joseph | Defendants' Attorney |
| 11. | Gratzer, Thomas G. | Defendants' Expert |
| 12. | Hruby, Vicki | Defendants' Attorney |
| 13. | Jorgenson, John | Defendant |
| 14. | Kazic, Aldin | Witness |
| 15. | Kuhlman, Christopher | Plaintiff's Attorney |
| 16. | Logel, Marvin L. | Defendant's Expert |
| 17. | Mathwig, Rick | Witness |
| 18. | Montgomery, Dan | Plaintiff's Expert |
| 19. | Patterson, Matthew | Witness |
| 20. | Raino, Terry | Witness |
| 21. | Ramsey County Emergency Communications Center – Records Custodian | Witness |
| 22. | Reina, Mark | Witness |
| 23. | Rosand, Lorne | Witness |
| 24. | Ryks, Jacquelyn | Witness |
| 25. | Wagner, Lisa | Plaintiff |

Dated: November 23, 2016

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: *s/Vicki A. Hruby*__________________
Joseph E. Flynn (A.R.#165712)
Vicki A. Hruby (A.R.#0391163)
8519 Eagle Point Boulevard
Lake Elmo, MN 55042-8624
Phone: (651) 290-6500
Fax: (651) 223-5070
E-Mail: JFlynn@jlolaw.com
E-Mail: VHruby@jlolaw.com

*Attorney for Defendants*

KUHLMAN LAW PLLC

By: *s/Christopher J. Kuhlman*________________
CHRISTOPHER J. KUHLMAN (A.R.#0386840)
333 Washington Avenue N., #335
Minneapolis, MN 55401
Phone: (612) 349-2747
Fax: (612) 435-9835
E-Mail: ckuhlman@CkLegal.com

*Attorney for Plaintiffs*