UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Wagner,

Plaintiff,

v.

Officer John Jorgensen, individually and in his professional capacity as a Roseville Police Officer; Officer Bryan Anderson, individually and in his professional capacity as a Roseville Police Officer

Defendants.

Case No: 14-CV-3422 (PJS/SER)

**DECLARATION OF CHRISTOPHER KUHLMAN IN OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE**

**CHRISTOPHER KUHLMAN** states as follows:

1. I am Plaintiff's attorney in this matter. I submit this declaration in Opposition to Defendants' Motions in Limine.

2. The following exhibits are true and accurate copies of the following documents.

| Exhibit No. | Description |
|---|---|
| 1 | Officer Jorgensen's Taser Download information |
| 2 | Excerpts of Officer Jorgensen's June 23, 2015 deposition. |
| 3 | Defendant's proposed demonstrative exhibits 64, 73, and 74. |

Dated: November 30, 2016

s/Christopher Kuhlman
Christopher J. Kuhlman (386840)
**KUHLMAN LAW, PLLC**
333 Washington Ave. N., Suite 335
Minneapolis, MN 55401
Phone: 612.349.2747
Fax: 612.349.2760
Email: ckuhlman@cklegal.com
ATTORNEY FOR PLAINTIFF

# Exhibit: 1

TASER

PROTECT LIFE

| TASER Information | | Downloaded By | |
|---|---|---|---|
| **Serial #** | *X00-214656* | **Name** | *Lorne Rosand* |
| **Model #** | *X26* | **Dept** | *Roseville PD* |
| **X26 Software Version** | *22* | **Rank** | *Lieutenant* |
| **Dataport CD Version** | *17.9* | **Windows Version** | *Windows 7* |
| **Record Date Range** | *All Data* | | |
| **Computer Time Zone** | *Central Standard Time *DST* | **Report Generated** | *09/19/14 14:35:35 (local)* |
| **Using Daylight Savings Time** | *Yes* | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 09/08/06 15:19:17 | 09/08/06 10:19:17 | Old Time | | |
| 0002 | 09/08/06 15:19:17 | 09/08/06 10:19:17 | New Time | | |
| 0003 | 09/08/06 15:21:14 | 09/08/06 10:21:14 | 5 | 28 | 99 |
| 0004 | 09/08/06 15:21:20 | 09/08/06 10:21:20 | 5 | 29 | 99 |
| 0005 | 09/08/06 15:21:26 | 09/08/06 10:21:26 | 5 | 29 | 99 |
| 0006 | 09/08/06 15:21:32 | 09/08/06 10:21:32 | 5 | 30 | 98 |
| 0007 | 10/20/06 03:27:21 | 10/19/06 22:27:21 | 3 | 26 | 98 |
| 0008 | 10/21/06 04:39:58 | 10/20/06 23:39:58 | 4 | 28 | 98 |
| 0009 | 10/29/06 04:50:58 | 10/28/06 23:50:58 | 6 | 25 | 97 |
| 0010 | 11/09/06 05:36:36 | 11/08/06 23:36:36 | 2 | 29 | 97 |
| 0011 | 11/20/06 07:51:02 | 11/20/06 01:51:02 | 5 | 22 | 96 |
| 0012 | 11/20/06 07:51:08 | 11/20/06 01:51:08 | 5 | 22 | 96 |
| 0013 | 11/20/06 07:51:21 | 11/20/06 01:51:21 | 5 | 23 | 96 |
| 0014 | 11/20/06 09:56:56 | 11/20/06 03:56:56 | 4 | 34 | 95 |

| | | | | | |
|---|---|---|---|---|---|
| 0015 | 11/24/06 04:52:59 | 11/23/06 22:52:59 | 4 | 29 | 95 |
| 0016 | 12/12/06 04:49:57 | 12/11/06 22:49:57 | 5 | 27 | 94 |
| 0017 | 12/16/06 03:52:05 | 12/15/06 21:52:05 | 3 | 24 | 94 |
| 0018 | 12/23/06 05:22:31 | 12/22/06 23:22:31 | 1 | 25 | 94 |
| 0019 | 12/23/06 09:50:06 | 12/23/06 03:50:06 | 2 | 30 | 94 |
| 0020 | 12/23/06 09:50:21 | 12/23/06 03:50:21 | 3 | 30 | 94 |
| 0021 | 12/23/06 09:51:05 | 12/23/06 03:51:05 | 2 | 31 | 93 |
| 0022 | 12/25/06 04:51:39 | 12/24/06 22:51:39 | 1 | 28 | 93 |
| 0023 | 12/31/06 04:34:05 | 12/30/06 22:34:05 | 2 | 26 | 93 |
| 0024 | 01/20/07 07:26:49 | 01/20/07 01:26:49 | 1 | 23 | 93 |
| 0025 | 01/22/07 04:22:08 | 01/21/07 22:22:08 | 2 | 26 | 93 |
| 0026 | 01/27/07 05:48:31 | 01/26/07 23:48:31 | 3 | 28 | 93 |
| 0027 | 01/29/07 04:38:06 | 01/28/07 22:38:06 | 2 | 26 | 93 |
| 0028 | 02/04/07 04:55:40 | 02/03/07 22:55:40 | 1 | 25 | 92 |
| 0029 | 02/14/07 10:38:01 | 02/14/07 04:38:01 | 3 | 26 | 92 |
| 0030 | 02/15/07 09:31:58 | 02/15/07 03:31:58 | 2 | 25 | 92 |
| 0031 | 02/23/07 04:48:36 | 02/22/07 22:48:36 | 3 | 29 | 92 |
| 0032 | 03/06/07 04:22:20 | 03/05/07 22:22:20 | 2 | 24 | 92 |
| 0033 | 03/08/07 05:05:57 | 03/07/07 23:05:57 | 5 | 26 | 92 |
| 0034 | 03/16/07 03:40:09 | 03/15/07 22:40:09 | 2 | 28 | 91 |
| 0035 | 03/31/07 03:44:23 | 03/30/07 22:44:23 | 3 | 28 | 91 |
| 0036 | 04/03/07 03:48:26 | 04/02/07 22:48:26 | 2 | 29 | 91 |
| 0037 | 04/10/07 03:06:52 | 04/09/07 22:06:52 | 2 | 25 | 91 |
| 0038 | 05/27/07 03:40:35 | 05/26/07 22:40:35 | 2 | 29 | 90 |
| 0039 | 06/06/07 06:53:27 | 06/06/07 01:53:27 | 5 | 29 | 90 |
| 0040 | 06/10/07 07:34:18 | 06/10/07 02:34:18 | 5 | 25 | 89 |
| 0041 | 06/10/07 10:06:18 | 06/10/07 05:06:18 | 5 | 29 | 89 |
| 0042 | 06/11/07 03:28:46 | 06/10/07 22:28:46 | 3 | 34 | 89 |
| 0043 | 06/14/07 03:22:59 | 06/13/07 22:22:59 | 3 | 30 | 88 |
| 0044 | 06/20/07 04:37:43 | 06/19/07 23:37:43 | 6 | 30 | 88 |

| | | | | | |
|---|---|---|---|---|---|
| | 06/20/07 04:37:50 | 06/19/07 23:37:50 | 6 | 30 | 88 |
| 0046 | 06/30/07 07:54:15 | 06/30/07 02:54:15 | 5 | 29 | 87 |
| 0047 | 06/30/07 07:54:21 | 06/30/07 02:54:21 | 6 | 30 | 87 |
| 0048 | 06/30/07 08:54:51 | 06/30/07 03:54:51 | 4 | 31 | 86 |
| 0049 | 07/07/07 03:28:50 | 07/06/07 22:28:50 | 2 | 30 | 86 |
| 0050 | 08/08/07 05:23:53 | 08/08/07 00:23:53 | 3 | 30 | 85 |
| 0051 | 08/22/07 06:21:10 | 08/22/07 01:21:10 | 3 | 32 | 85 |
| 0052 | 08/29/07 05:58:11 | 08/29/07 00:58:11 | 2 | 30 | 84 |
| 0053 | 09/11/07 06:46:51 | 09/11/07 01:46:51 | 7 | 28 | 84 |
| 0054 | 09/11/07 06:46:57 | 09/11/07 01:46:57 | 5 | 28 | 84 |
| 0055 | 09/11/07 08:43:01 | 09/11/07 03:43:01 | 3 | 33 | 83 |
| 0056 | 09/13/07 08:56:52 | 09/13/07 03:56:52 | 2 | 29 | 83 |
| 0057 | 09/29/07 03:28:58 | 09/28/07 22:28:58 | 2 | 26 | 83 |
| 0058 | 09/30/07 03:25:03 | 09/29/07 22:25:03 | 2 | 28 | 83 |
| 0059 | 10/24/07 03:46:19 | 10/23/07 22:46:19 | 2 | 28 | 83 |
| 0060 | 10/27/07 03:25:24 | 10/26/07 22:25:24 | 2 | 27 | 83 |
| 0061 | 11/05/07 04:38:39 | 11/04/07 22:38:39 | 1 | 29 | 83 |
| 0062 | 11/06/07 06:12:01 | 11/06/07 00:12:01 | 4 | 30 | 82 |
| 0063 | 11/07/07 00:24:05 | 11/06/07 18:24:05 | 4 | 19 | 82 |
| 0064 | 11/07/07 00:24:22 | 11/06/07 18:24:22 | 3 | 19 | 82 |
| 0065 | 11/15/07 05:55:46 | 11/14/07 23:55:46 | 4 | 25 | 82 |
| 0066 | 11/22/07 04:25:40 | 11/21/07 22:25:40 | 3 | 26 | 81 |
| 0067 | 11/22/07 04:25:56 | 11/21/07 22:25:56 | 2 | 26 | 81 |
| 0068 | 11/30/07 04:32:48 | 11/29/07 22:32:48 | 1 | 27 | 81 |
| 0069 | 12/20/07 04:54:55 | 12/19/07 22:54:55 | 5 | 29 | 81 |
| 0070 | 01/11/08 07:32:28 | 01/11/08 01:32:28 | 5 | 20 | 80 |
| 0071 | 01/18/08 23:52:40 | 01/18/08 17:52:40 | 1 | 28 | 79 |
| 0072 | 01/19/08 00:22:04 | 01/18/08 18:22:04 | 1 | 29 | 79 |
| 0073 | 02/15/08 23:59:17 | 02/15/08 17:59:17 | 1 | 28 | 79 |
| 0074 | 02/21/08 23:50:36 | 02/21/08 17:50:36 | 1 | 27 | 79 |
| 0075 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 04/16/08 23:05:46 | 04/16/08 18:05:46 | 1 | 30 | 79 |
| 0076 | 04/18/08 22:53:19 | 04/18/08 17:53:19 | 2 | 27 | 79 |
| 0077 | 05/01/08 00:36:44 | 04/30/08 19:36:44 | 2 | 31 | 78 |
| 0078 | 06/12/08 03:47:09 | 06/11/08 22:47:09 | 2 | 30 | 78 |
| 0079 | 06/19/08 23:02:49 | 06/19/08 18:02:49 | 2 | 31 | 78 |
| 0080 | 06/27/08 22:59:16 | 06/27/08 17:59:16 | 1 | 29 | 78 |
| 0081 | 07/10/08 23:06:14 | 07/10/08 18:06:14 | 1 | 30 | 78 |
| 0082 | 08/08/08 06:09:16 | 08/08/08 01:09:16 | 5 | 28 | 77 |
| 0083 | 08/09/08 23:30:50 | 08/09/08 18:30:50 | 2 | 30 | 77 |
| 0084 | 08/29/08 22:56:41 | 08/29/08 17:56:41 | 2 | 30 | 77 |
| 0085 | 09/03/08 02:57:15 | 09/02/08 21:57:15 | 2 | 26 | 77 |
| 0086 | 09/03/08 23:18:58 | 09/03/08 18:18:58 | 2 | 28 | 76 |
| 0087 | 09/05/08 08:52:01 | 09/05/08 03:52:01 | 1 | 29 | 76 |
| 0088 | 09/05/08 08:52:03 | 09/05/08 03:52:03 | 1 | 29 | 76 |
| 0089 | 09/05/08 08:52:10 | 09/05/08 03:52:10 | 1 | 29 | 76 |
| 0090 | 09/05/08 10:08:39 | 09/05/08 05:08:39 | 1 | 30 | 76 |
| 0091 | 10/04/08 22:52:42 | 10/04/08 17:52:42 | 1 | 28 | 75 |
| 0092 | 10/08/08 22:55:14 | 10/08/08 17:55:14 | 2 | 29 | 75 |
| 0093 | 10/15/08 22:55:19 | 10/15/08 17:55:19 | 2 | 28 | 75 |
| 0094 | 10/16/08 23:04:04 | 10/16/08 18:04:04 | 2 | 27 | 75 |
| 0095 | 10/23/08 04:29:46 | 10/22/08 23:29:46 | 5 | 23 | 75 |
| 0096 | 10/23/08 04:29:53 | 10/22/08 23:29:53 | 5 | 23 | 74 |
| 0097 | 10/23/08 07:42:54 | 10/23/08 02:42:54 | Old Time | | |
| 0098 | 10/23/08 07:53:02 | 10/23/08 02:53:02 | New Time | | |
| 0099 | 10/23/08 07:56:03 | 10/23/08 02:56:03 | 2 | 34 | 74 |
| 0100 | 10/24/08 23:09:40 | 10/24/08 18:09:40 | 1 | 28 | 74 |
| 0101 | 10/30/08 23:05:32 | 10/30/08 18:05:32 | 1 | 29 | 74 |
| 0102 | 10/31/08 07:00:13 | 10/31/08 02:00:13 | 5 | 27 | 73 |
| 0103 | 10/31/08 23:08:26 | 10/31/08 18:08:26 | 1 | 27 | 73 |
| 0104 | 11/14/08 00:38:05 | 11/13/08 18:38:05 | 3 | 27 | 73 |

| | | | | | |
|---|---|---|---|---|---|
| 0105 | 11/15/08 23:56:57 | 11/15/08 17:56:57 | 2 | 26 | 73 |
| 0106 | 11/25/08 00:13:03 | 11/24/08 18:13:03 | 1 | 26 | 72 |
| 0107 | 11/25/08 00:14:08 | 11/24/08 18:14:08 | 5 | 28 | 72 |
| 0108 | 11/25/08 00:14:29 | 11/24/08 18:14:29 | 5 | 28 | 72 |
| 0109 | 11/25/08 00:54:57 | 11/24/08 18:54:57 | 1 | 27 | 72 |
| 0110 | 11/29/08 00:12:27 | 11/28/08 18:12:27 | 1 | 26 | 71 |
| 0111 | 12/13/08 02:31:58 | 12/12/08 20:31:58 | 2 | 24 | 71 |
| 0112 | 10/14/09 15:21:20 | 10/14/09 10:21:20 | 3 | 24 | 70 |
| 0113 | 11/02/09 15:33:52 | 11/02/09 09:33:52 | 3 | 27 | 0 |
| 0114 | 11/02/09 17:03:54 | 11/02/09 11:03:54 | 3 | 25 | 0 |
| 0115 | 11/02/09 17:04:56 | 11/02/09 11:04:56 | 5 | 28 | 98 |
| 0116 | 11/16/09 14:05:24 | 11/16/09 08:05:24 | 4 | 25 | 97 |
| 0117 | 12/03/09 08:54:09 | 12/03/09 02:54:09 | 4 | 25 | 97 |
| 0118 | 12/17/09 09:05:32 | 12/17/09 03:05:32 | 1 | 25 | 97 |
| 0119 | 12/17/09 09:05:57 | 12/17/09 03:05:57 | 1 | 25 | 97 |
| 0120 | 12/18/09 10:16:20 | 12/18/09 04:16:20 | 2 | 28 | 97 |
| 0121 | 12/25/09 23:55:12 | 12/25/09 17:55:12 | 3 | 28 | 96 |
| 0122 | 12/31/09 00:53:52 | 12/30/09 18:53:52 | 1 | 30 | 96 |
| 0123 | 01/07/10 00:28:56 | 01/06/10 18:28:56 | 1 | 29 | 96 |
| 0124 | 01/08/10 00:23:36 | 01/07/10 18:23:36 | 1 | 27 | 96 |
| 0125 | 01/09/10 00:04:13 | 01/08/10 18:04:13 | 1 | 29 | 96 |
| 0126 | 01/21/10 00:14:46 | 01/20/10 18:14:46 | 1 | 28 | 96 |
| 0127 | 01/24/10 00:05:43 | 01/23/10 18:05:43 | 1 | 28 | 96 |
| 0128 | 01/28/10 00:24:17 | 01/27/10 18:24:17 | 1 | 28 | 96 |
| 0129 | 02/03/10 23:59:35 | 02/03/10 17:59:35 | 1 | 28 | 95 |
| 0130 | 02/04/10 00:13:34 | 02/03/10 18:13:34 | 5 | 29 | 95 |
| 0131 | 02/20/10 01:27:32 | 02/19/10 19:27:32 | 5 | 29 | 95 |
| 0132 | 02/20/10 05:46:34 | 02/19/10 23:46:34 | 1 | 29 | 94 |
| 0133 | 02/24/10 23:59:59 | 02/24/10 17:59:59 | 2 | 28 | 94 |
| 0134 | 03/19/10 22:55:15 | 03/19/10 17:55:15 | 1 | 27 | 94 |
| 0135 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 04/01/10 23:02:43 | 04/01/10 18:02:43 | 2 | 30 | 94 |
| 0136 | 04/07/10 22:53:38 | 04/07/10 17:53:38 | 1 | 28 | 94 |
| 0137 | 04/28/10 23:38:28 | 04/28/10 18:38:28 | 1 | 31 | 94 |
| 0138 | 05/07/10 01:52:47 | 05/06/10 20:52:47 | 2 | 26 | 93 |
| 0139 | 05/16/10 03:26:04 | 05/15/10 22:26:04 | 1 | 31 | 93 |
| 0140 | 05/28/10 23:01:21 | 05/28/10 18:01:21 | 1 | 30 | 93 |
| 0141 | 06/06/10 23:09:10 | 06/06/10 18:09:10 | 5 | 29 | 93 |
| 0142 | 06/18/10 03:50:40 | 06/17/10 22:50:40 | 1 | 32 | 89 |
| 0143 | 07/11/10 00:52:56 | 07/10/10 19:52:56 | 2 | 32 | 89 |
| 0144 | 07/11/10 06:53:37 | 07/11/10 01:53:37 | 3 | 30 | 89 |
| 0145 | 07/11/10 08:01:02 | 07/11/10 03:01:02 | 1 | 26 | 89 |
| 0146 | 07/13/10 19:00:14 | 07/13/10 14:00:14 | 1 | 27 | 89 |
| 0147 | 07/21/10 23:43:12 | 07/21/10 18:43:12 | 2 | 31 | 88 |
| 0148 | 07/22/10 03:50:39 | 07/21/10 22:50:39 | 1 | 33 | 88 |
| 0149 | 07/23/10 01:55:25 | 07/22/10 20:55:25 | 4 | 32 | 88 |
| 0150 | 08/11/10 23:09:06 | 08/11/10 18:09:06 | 4 | 31 | 88 |
| 0151 | 08/13/10 23:35:36 | 08/13/10 18:35:36 | 2 | 28 | 88 |
| 0152 | 08/21/10 22:49:04 | 08/21/10 17:49:04 | 1 | 28 | 88 |
| 0153 | 10/11/10 14:18:13 | 10/11/10 09:18:13 | 1 | 25 | 87 |
| 0154 | 10/11/10 18:54:05 | 10/11/10 13:54:05 | 5 | 34 | 87 |
| 0155 | 10/11/10 18:57:27 | 10/11/10 13:57:27 | 5 | 35 | 87 |
| 0156 | 10/11/10 18:57:48 | 10/11/10 13:57:48 | 5 | 35 | 86 |
| 0157 | 10/28/10 23:26:01 | 10/28/10 18:26:01 | 1 | 23 | 86 |
| 0158 | 11/12/10 08:14:46 | 11/12/10 02:14:46 | 1 | 31 | 86 |
| 0159 | 12/12/10 07:14:42 | 12/12/10 01:14:42 | 2 | 30 | 85 |
| 0160 | 12/22/10 23:57:03 | 12/22/10 17:57:03 | 1 | 27 | 85 |
| 0161 | 01/06/11 05:11:33 | 01/05/11 23:11:33 | 1 | 29 | 85 |
| 0162 | 01/07/11 07:30:05 | 01/07/11 01:30:05 | 5 | 23 | 85 |
| 0163 | 01/07/11 07:30:14 | 01/07/11 01:30:14 | 5 | 23 | 84 |
| 0164 | 01/07/11 07:30:23 | 01/07/11 01:30:23 | 5 | 23 | 84 |

| | | | | | |
|---|---|---|---|---|---|
| | 01/14/11 00:20:18 | 01/13/11 18:20:18 | 1 | 25 | 84 |
| 0166 | 01/22/11 08:05:32 | 01/22/11 02:05:32 | 5 | 19 | 83 |
| 0167 | 01/22/11 09:55:36 | 01/22/11 03:55:36 | 1 | 32 | 83 |
| 0168 | 02/24/11 00:06:15 | 02/23/11 18:06:15 | 2 | 27 | 83 |
| 0169 | 02/25/11 23:55:01 | 02/25/11 17:55:01 | 1 | 26 | 82 |
| 0170 | 03/25/11 22:50:43 | 03/25/11 17:50:43 | 1 | 28 | 82 |
| 0171 | 04/14/11 00:24:37 | 04/13/11 19:24:37 | 5 | 29 | 82 |
| 0172 | 05/25/11 22:52:54 | 05/25/11 17:52:54 | 1 | 31 | 81 |
| 0173 | 05/26/11 06:01:01 | 05/26/11 01:01:01 | 5 | 31 | 81 |
| 0174 | 05/26/11 06:01:07 | 05/26/11 01:01:07 | 4 | 31 | 81 |
| 0175 | 05/26/11 09:11:13 | 05/26/11 04:11:13 | Old Time | | |
| 0176 | 05/26/11 09:21:20 | 05/26/11 04:21:20 | New Time | | |
| 0177 | 06/10/11 00:07:14 | 06/09/11 19:07:14 | 1 | 31 | 80 |
| 0178 | 06/17/11 23:06:45 | 06/17/11 18:06:45 | 1 | 29 | 80 |
| 0179 | 07/09/11 23:14:00 | 07/09/11 18:14:00 | 1 | 30 | 80 |
| 0180 | 08/14/11 00:38:53 | 08/13/11 19:38:53 | 6 | 30 | 79 |
| 0181 | 08/14/11 00:38:56 | 08/13/11 19:38:56 | 3 | 29 | 79 |
| 0182 | 10/15/11 23:08:27 | 10/15/11 18:08:27 | 3 | 28 | 78 |
| 0183 | 11/23/11 00:16:40 | 11/22/11 18:16:40 | 5 | 21 | 78 |
| 0184 | 11/23/11 00:21:44 | 11/22/11 18:21:44 | 3 | 22 | 77 |
| 0185 | 11/23/11 00:22:12 | 11/22/11 18:22:12 | 4 | 23 | 77 |
| 0186 | 11/23/11 00:22:25 | 11/22/11 18:22:25 | 5 | 23 | 77 |
| 0187 | 11/23/11 00:26:49 | 11/22/11 18:26:49 | 2 | 24 | 77 |
| 0188 | 11/25/11 23:53:25 | 11/25/11 17:53:25 | 3 | 28 | 76 |
| 0189 | 12/17/11 00:09:07 | 12/16/11 18:09:07 | 1 | 26 | 76 |
| 0190 | 12/22/11 08:26:52 | 12/22/11 02:26:52 | 4 | 29 | 76 |
| 0191 | 12/22/11 08:27:02 | 12/22/11 02:27:02 | 5 | 30 | 76 |
| 0192 | 12/22/11 09:22:40 | 12/22/11 03:22:40 | 5 | 23 | 75 |
| 0193 | 12/22/11 09:22:49 | 12/22/11 03:22:49 | 5 | 24 | 75 |
| 0194 | 01/06/12 08:44:19 | 01/06/12 02:44:19 | 1 | 29 | 74 |

| | | | | | |
|---|---|---|---|---|---|
| 0195 | 01/14/12 00:30:23 | 01/13/12 18:30:23 | 1 | 30 | 74 |
| 0196 | 02/16/12 00:09:11 | 02/15/12 18:09:11 | 1 | 28 | 74 |
| 0197 | 03/02/12 00:39:48 | 03/01/12 18:39:48 | 1 | 30 | 74 |
| 0198 | 03/02/12 00:45:29 | 03/01/12 18:45:29 | 5 | 27 | 74 |
| 0199 | 06/06/12 20:48:02 | 06/06/12 15:48:02 | 1 | 36 | 73 |
| 0200 | 06/20/12 22:55:55 | 06/20/12 17:55:55 | 2 | 30 | 73 |
| 0201 | 07/08/12 05:14:59 | 07/08/12 00:14:59 | 5 | 29 | 72 |
| 0202 | 08/18/12 09:08:48 | 08/18/12 04:08:48 | 5 | 21 | 72 |
| 0203 | 08/18/12 09:08:52 | 08/18/12 04:08:52 | 4 | 21 | 0 |
| 0204 | 08/18/12 22:57:06 | 08/18/12 17:57:06 | 3 | 32 | 0 |
| 0205 | 09/06/12 23:54:00 | 09/06/12 18:54:00 | 5 | 30 | 41 |
| 0206 | 09/06/12 23:57:18 | 09/06/12 18:57:18 | 4 | 30 | 41 |
| 0207 | 09/06/12 23:57:36 | 09/06/12 18:57:36 | 2 | 31 | 41 |
| 0208 | 09/06/12 23:57:45 | 09/06/12 18:57:45 | 8 | 32 | 41 |
| 0209 | 09/07/12 00:51:38 | 09/06/12 19:51:38 | 5 | 29 | 40 |
| 0210 | 09/07/12 00:51:49 | 09/06/12 19:51:49 | 5 | 29 | 40 |
| 0211 | 09/07/12 00:52:00 | 09/06/12 19:52:00 | 5 | 30 | 39 |
| 0212 | 09/07/12 00:52:11 | 09/06/12 19:52:11 | 5 | 30 | 39 |
| 0213 | 10/03/12 23:54:10 | 10/03/12 18:54:10 | 5 | 30 | 38 |
| 0214 | 10/03/12 23:54:26 | 10/03/12 18:54:26 | 6 | 31 | 38 |
| 0215 | 04/13/13 08:05:26 | 04/13/13 03:05:26 | 9 | 20 | 36 |
| 0216 | 04/13/13 08:05:32 | 04/13/13 03:05:32 | 5 | 20 | 35 |
| 0217 | 04/13/13 08:05:37 | 04/13/13 03:05:37 | 5 | 21 | 35 |
| 0218 | 04/13/13 08:05:41 | 04/13/13 03:05:41 | 3 | 20 | 0 |
| 0219 | 04/13/13 08:06:07 | 04/13/13 03:06:07 | 3 | 21 | 0 |
| 0220 | 04/13/13 09:12:03 | 04/13/13 04:12:03 | 4 | 26 | 0 |
| 0221 | 04/13/13 23:06:15 | 04/13/13 18:06:15 | 3 | 22 | 0 |
| 0222 | 04/13/13 23:06:27 | 04/13/13 18:06:27 | 1 | 23 | 0 |
| 0223 | 04/13/13 23:06:32 | 04/13/13 18:06:32 | 3 | 22 | 0 |
| 0224 | 04/13/13 23:07:38 | 04/13/13 18:07:38 | 1 | 25 | 55 |

| | | | | | |
|---|---|---|---|---|---|
| | 04/13/13 23:27:53 | 04/13/13 18:27:53 | 5 | 28 | 99 |
| 0226 | 04/28/13 05:43:35 | 04/28/13 00:43:35 | 6 | 30 | 99 |
| 0227 | 04/28/13 06:40:57 | 04/28/13 01:40:57 | 2 | 30 | 98 |
| 0228 | 05/16/13 22:11:08 | 05/16/13 17:11:08 | 2 | 28 | 98 |
| 0229 | 06/08/13 22:57:47 | 06/08/13 17:57:47 | 2 | 29 | 98 |
| 0230 | 09/20/13 09:04:22 | 09/20/13 04:04:22 | 8 | 34 | 97 |
| 0231 | 09/20/13 09:04:26 | 09/20/13 04:04:26 | 4 | 34 | 96 |
| 0232 | 10/17/13 05:41:32 | 10/17/13 00:41:32 | 5 | 28 | 96 |
| 0233 | 10/17/13 05:41:36 | 10/17/13 00:41:36 | 2 | 29 | 95 |
| 0234 | 10/17/13 05:41:44 | 10/17/13 00:41:44 | 5 | 29 | 95 |
| 0235 | 10/17/13 05:41:48 | 10/17/13 00:41:48 | 4 | 30 | 95 |
| 0236 | 01/10/14 08:02:40 | 01/10/14 02:02:40 | 5 | 16 | 94 |
| 0237 | 01/10/14 08:02:45 | 01/10/14 02:02:45 | 5 | 16 | 94 |
| 0238 | 02/01/14 23:59:31 | 02/01/14 17:59:31 | 5 | 22 | 93 |
| 0239 | 03/06/14 00:59:11 | 03/05/14 18:59:11 | 5 | 25 | 92 |

End of Report.

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Lisa Wagner, Case No. 14-CV-3422 (PJS/SER)

Plaintiff,

vs.

Officer John Jorgensen, individually and in his professional capacity as a Roseville Police Officer; Officer Bryan Anderson, individually and in his professional capacity as a Roseville Police Officer; and City of Roseville,

Defendants.

---

**DEPOSITION OF OFFICER JOHN JORGENSEN**

Taken Tuesday, June 23, 2015

Commencing at 9:14 a.m.

NOTARY PUBLIC: LINDA HAHN



EXHIBIT

tabbies

2

2013, that day?

A I do not specifically know. I'd have to look at the Taser download records to refresh my memory.

Q So we'll mark this as Exhibit 1.

**(Exhibit No. 1 was marked for identification.)**

**BY MR. KUHLMAN:**

Q Officer Jorgensen, I'm going to have you turn to page -- it should be DEF 22 on the lower right-hand corner.

A Okay, I'm there.

Q Sort of the lower third, you'll see April 13th, 2013.

A Okay.

Q Do you believe these are your Taser usages for that evening?

**MR. FLYNN:** Objection; mischaracterizes his previous testimony. Go ahead.

**THE WITNESS:** This is a download of my Taser. As far as usage for the evening, we've identified that there was a problem with the battery after this, so as far as how it downloaded and some of the accuracy of it, and to use your word, the "usage," I think we'd have to talk about each line specifically.

**BY MR. KUHLMAN:**

Q Okay. Tell me about this -- well, first off, before we get into it, sometimes on an old camera recorder,

people have the wrong date or something like that. They don't program the date. Is your Taser at least showing the proper dates here?

A Yes, I believe it's showing the proper dates and times. Sorry -- dates, yes.

Q What did you find out was wrong with your Taser battery that evening?

A It just appeared to be malfunctioning. You can see further down, what looks like lines 219, 218, it says there's a three-second cycle, but it shows the battery's at zero. In order to get a three-second cycle, you'd have to turn the Taser unit off manually.

Q And when did you notice this?

A After the download.

Q What's your understanding of the duration it records? Is that the time the button is depressed on the Taser, or is that the voltage cycle, or what's your understanding of the right-hand column -- the first one, the 9, 5, 5, 3, 3? What's your understanding of that representation?

A That is the duration of the Taser cycle.

Q And I know you don't work for Taser, but do you know how that's measured?

**MR. FLYNN:** Objection; foundation.

**THE WITNESS:** I do not.

X26 CEW Cells and U.S. Quarter




**Exhibit: 3**

Experiencing up to 20 Million Volts
from a Van de Graff Generator



Experiencing up to 20 Million Volts
from a Van de Graff Generator

