**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lisa Wagner,<br><br>Plaintiff,<br><br>vs.<br><br>Officer John Jorgensen, (in his individual and official capacity); Officer Bryan Anderson, (in his individual and official capacity); and the City of Roseville,<br><br>Defendants. | Case No. 14-cv-03422 (PJS/SER)<br><br>**PLACEHOLDER FOR EXHIBIT A TO AFFIDAVIT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE PLAINTIFF'S MEDICAL AND SOCIAL SERVICES RECORDS** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Excerpts from Lisa Wagner's deposition testimony**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document* (Document number of order granting leave to file conventionally: )

☐ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

☐ Physical Object (description):

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal pursuant to a court order* (Document number of protective order: 16)

☐ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: Doc._____)

☐ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

EXHIBIT
A

JARDINE LOGAN & O'BRIEN P.L.L.P.
ATTORNEYS AT LAW

8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
P: 651.290.6500
F: 651.223.5070
www.jlolaw.com

Joseph E. Flynn
JFlynn@jlolaw.com
Direct Dial: 651.290.7416

Vicki A. Hruby
VHruby@jlolaw.com
Direct Dial: 651.290.7411

August 20, 2015

Christopher J. Kuhlman
Kuhlman Law P.L.L.C.
333 Washington Ave. No, Ste. 335
Minneapolis, MN 55401

Re: ***Lisa Wagner v.* Officer John Jorgensen, (in his individual and official capacity); Officer Bryan Anderson, (in his individual and official capacity); and the City of Roseville**
Case No. 14-cv-03422 (PJS/SER)
Our File: 39030 (872)

Dear Mr. Kuhlman:

As you are aware, we have not received an authorization for the Mayo Clinic Austin records as you are insisting that the authorization be limited to prevent disclosure of Ms. Wagner's mental health records. Please find attached a Stipulation regarding Plaintiff's garden variety emotional distress. Please review the Stipulation and let us know if you are agreeable to the language outlined in the Stipulation. If not, we will proceed to move the Court for an Order compelling disclosure of fully executed authorizations and seeking an independent medical examination of Ms. Wagner.

In light of Ms. Wagner's deposition testimony, we believe that she has put her mental health condition in controversy and that we are entitled to this additional information under Federal Rules of Civil Procedure 26 and 35. Please consider this our attempt to meet and confer prior to bringing a motion to compel.

We look forward to hearing from you.

Very truly yours,

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Vicki Hruby

Joseph E. Flynn
Vicki A. Hruby

JEF/VAH:me
Encl.

EXHIBIT
tabbies
B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lisa Wagner,

Plaintiff,

vs.

Officer John Jorgensen, (in his individual and official capacity); Officer Bryan Anderson, (in his individual and official capacity); and the City of Roseville,

Defendants.

Case No. 14-cv-03422 (PJS/SER)

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants as follows:

1. Plaintiff is seeking garden variety emotional distress damages at trial.

2. The parties agree that garden variety emotional distress is defined as ordinary and commonplace emotional distress that is simple or usual as compared to complex distress resulting from a specific psychiatric disorder.

3. Plaintiff will not produce any expert to testify on the subject of Plaintiff's emotional distress allegedly related to Defendants' conduct at trial.

4. Plaintiff will not submit any testimony regarding whether she sought mental health treatment related to Defendants' conduct at trial.

5. The parties agree that, in lieu of testimony, the following instruction will be read to the jury regarding Plaintiff's alleged anxiety, embarrassment, and humiliation:

> Plaintiff Lisa Wagner asserts that as a result of her arrest on April 13, 2013, she has experienced emotional distress including, anxiety, embarrassment, and humiliation. Ms. Wagner's claim for mental and emotional distress is limited to the amount of distress which is usually associated with the physical injuries claimed as a result of the incident. Ms. Wagner has not sought, and does not intend to seek any treatment or counseling for emotional distress claimed as a result of this incident. The Defendants, Officer John Jorgensen, Officer Bryan Anderson, and the City of Roseville deny Ms. Wagner's assertion that she

sustained emotional distress as a result of her arrest on April 13, 2013 and that any claimed anxiety, embarrassment or humiliation is a result of her own actions.

6. In lieu of the Stipulation above, Defendants withdraw their discovery requests seeking authorizations related to Plaintiff's alleged emotional distress.

7. Defendant will not move for or otherwise request a mental examination of Plaintiff.

Dated: __________

KUHLMAN LAW, P.L.L.C.

By: ______________________________

CHRISTOPHER J. KUHLMAN (#0386840)
333 Washington Ave. N., Suite 335
Minneapolis, MN 55401
Phone: 612-349-2747

Attorneys for Plaintiff

Dated: __________

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ______________________________

JOSEPH E. FLYNN (#165712)
VICKI A. HRUBY (#0391163)
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Phone: 651-290-6500
Fax: 651-223-5070

Attorneys for Defendants